UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto J. Fonseca,<br><br>  Plaintiff,<br><br>  v.<br><br>Los Angeles Unified School District, a California Unified School District, John E. Deasy, Ph.D., Maria Casillas, Christopher Downing, DOES I through 10,<br><br>  Defendants. | CASE NO.  CV 12-00162-JAK(RZx)<br>Assigned to Hon. John A. Kronstadt<br><br>**FINAL JUDGMENT**<br><br>JS-6 |

On January 27, 2014 (Dkt. 62), the Court granted the motion to dismiss filed by Defendants Los Angeles Unified School District, John E. Deasy, Maria Casillas, and Christopher Downing ("Defendants") with respect to the First Amended Complaint filed by Plaintiff District Compensatory Education Advisory Committee under Federal Rule of Civil Procedure 12(b)(6). On May 16, 2014 (Dkt. 81), the Court granted the motion to dismiss filed by Defendants with respect to the Second Amended Complaint filed by Plaintiff Roberto J. Fonseca under Federal Rule of Civil Procedure 12(b)(6) without leave to amend. The Court hereby enters final judgment in this matter as follows:

The Court hereby enters judgment in favor of Defendants Los Angeles Unified School District, John E. Deasy, Maria Casillas, and Christopher Downing, and against Plaintiffs District Compensatory Education Advisory Committee and Roberto J. Fonseca.

Dated: June 4, 2014

_____
Hon. John A. Kronstadt
United States District Court Judge